UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTOINE WILLIAMS, | Case No. 2:01-cv-0134-JCM-CWH |
| Petitioner, | ORDER |
| v. | |
| BRIAN E. WILLIAMS, SR., *et al.*, | |
| Respondents. | |

This habeas corpus action, brought pursuant to 28 U.S.C. § 2254, by Nevada prisoner Antoine Williams, was stayed on September 23, 2004, pending Williams' exhaustion of claims in state court. *See* Order entered September 23, 2004 (ECF No. 79).

On May 31, 2018, Williams filed a "Motion to Lift Stay and Dismiss Petition" (ECF No. 118). In that motion, Williams states that the state proceedings have been concluded, and an amended judgment of conviction was entered in state court on April 28, 2016. *See* Motion to Lift Stay and Dismiss Petition (ECF No. 118), p. 2; Amended Judgment of Conviction, Exhibit 2 to Motion to Lift Stay and Dismiss Petition (ECF No. 119-1). Accordingly, Williams requests that the Court vacate the stay and dismiss this action. On June 19, 2018, respondents filed a notice (ECF No. 120) stating that they do not oppose Williams' motion. Williams did not reply. Therefore, good cause appearing,

**IT IS HEREBY ORDERED** that petitioner's Motion to Lift Stay and Dismiss Petition (ECF No. 118) is **GRANTED**.

**IT IS FURTHER ORDERED** that the stay of this action is lifted.

**IT IS FURTHER ORDERED** that this case is **DISMISSED**.

DATED June 26, 2018.

							_____
							JAMES C. MAHAN,
							UNITED STATES DISTRICT JUDGE